AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Yeakel III, Earl L | 2. Court or Organization<br><br>District Court, W.D. Texas | 3. Date of Report<br><br>04/15/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>200 West 8th Street<br>Austin, Texas 78701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee & Vice Chairman | Theodore Roosevelt Association |
| 2. Trustee | Austin Rotary Club Foundation |
| 3. Member | University of Texas Longhorn Foundation Advisory Council |
| 4. Member | Texas Commission on Uniform State Laws |
| 5. Member | National Conference of Commissioners on Uniform State Laws |
| 6. Member | Board of Advisors, Austin Lawyers Chapter, The Federalist Society |
| 7. Vice President; President | Robert W. Calvert Chapter, American Inns of Court |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L | 04/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | State Bar of Texas - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Commissioners on Uniform State Laws | January 11-14, 2007 | Portland, Oregon | Style Committee | Transportation, Meals, & Lodging |
| 2. | Practising Law Institute | January 26-30, 2007 | San Francisco, California | Patent Law Conference | Transportation, Meals, & Lodging |
| 3. | Campbell University | March 20-21, 2007 | Buies Creek, N. Carolina | Professionalism Address | Transportation, Meals, & Lodging |
| 4. | American Inn of Court CXVIII | April 12-15,2007 | Richmond, Virginia | Leadership Conference | Transportation, Meals, & Lodging |
| 5. | National Conference of Commissioners on | April 20-22, 2007 | Salt Lake City, Utah | Drafting Committee | Transportation, Meals, & Lodging |

Uniform State Laws

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 6. | National Conference of Commissioners on Uniform State Laws | May 31-June 3, 2007 | St. Louis, Missouri | Style Committee | Transportation, Meals, & Lodging |
| 7. | American Intellectual Property Law Association | June 5-10, 2007 | Amersterdam, Netherlands | AIPLA/FICPI Conference | Transportation, Meals, & Lodging |
| 8. | Federal Circuit Bar Association | June 25-July 1, 2007 | Cambridge, Maryland | Bench & Bar Conference | Transportation, Meals, & Lodging |
| 9. | State Bar of Texas | July 11-14, 2007 | Lake Tahoe, California | Patent Litigation Course | Transportation, Meals, & Lodging |
| 10. | National Conference of Commissioners on Uniform State Laws | September 14-15, 2007 | Rosemont, Illinois | Workshop | Transportation, Meals, & Lodging |
| 11. | National Conference of Commissioners on Uniform State Laws | September 19-23, 2007 | Boise, Idaho | Style Committee | Transportation, Meals, & Lodging |
| 12. | Forensic Expert Witness Association | October 4-6, 2007 | Dallas, Texas | Texas Chapter Meeting | Transportation, Meals, & Lodging |
| 13. | National Conference of Commissioners on Uniform State Laws | November 7-10, 2007 | Denver, Colorado | Drafting Committee | Transportation, Meals, & Lodging |
| 14. | The University of Texas at Austin | November 28-30, 2007 | San Jose, California | Patent Law Institute | Transportation, Meals, & Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L | 04/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Prosperity Bank | Line of Credit | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L | 04/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BA Common Stock | A | Dividend | K | T | | | | | |
| 2. SCH Common Stock | A | Dividend | J | T | Sold Part | 8/3 | J | A | |
| 3. CVX Common Stock | B | Dividend | K | T | | | | | |
| 4. C Common Stock | A | Dividend | K | T | | | | | |
| 5. DELL Common Stock | | None | K | T | | | | | |
| 6. XOM Common Stock | A | Dividend | K | T | | | | | |
| 7. F Common Stock | | None | J | T | | | | | |
| 8. INTC Common Stock | A | Dividend | | | Sold | 8/20 | J | A | |
| 9. JPM Common Stock | A | Dividend | J | T | | | | | |
| 10. MSFT Common Stock | A | Dividend | J | T | | | | | |
| 11. Rogers Communications, Inc. Class B Common Stock-See Note | A | Dividend | J | T | | | | | |
| 12. Royal Dutch Shell PLC Common Stock | B | Dividend | K | T | | | | | |
| 13. LUV Common Stock | A | Dividend | L | T | | | | | |
| 14. SPND.OB Common Stock | | None | J | T | | | | | |
| 15. DIS Common Stock | A | Dividend | J | T | | | | | |
| 16. AIM Technology Fund - Class A (Mutual Fund) | | None | | | Sold | 11/19 | J | A | |
| 17. FBGRX Mutual Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L | 04/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  FHKCX Mutual Fund | A | Dividend | J | T | | | | | |
| 19.  Fidelity New Millennium Mutual Fund | A | Dividend | K | T | Bought | 11/18 | J | | |
| 20.  FTEXX Mutual Fund | A | Dividend | K | T | Bought | 1/16 | J | | |
| 21.  FTEXX Mutual Fund | | | | | Bought | 1/17 | J | | |
| 22.  FTEXX Mutual Fund | | | | | Bought | 3/3 | J | | |
| 23.  FTEXX Mutual Fund | | | | | Bought | 3/27 | J | | |
| 24.  FTEXX Mutual Fund | | | | | Sold Part | 4/9 | J | A | |
| 25.  FTEXX Mutual Fund | | | | | Bought | 5/25 | J | | |
| 26.  FTEXX Mutual Fund | | | | | Bought | 6/25 | J | | |
| 27.  FTEXX Mutual Fund | | | | | Bought | 6/19 | J | | |
| 28.  FTEXX Mutual Fund | | | | | Sold Part | 7/19 | J | A | |
| 29.  FTEXX Mutual Fund | | | | | Bought | 8/30 | J | | |
| 30.  FTEXX Mutual Fund | | | | | Bought | 9/17 | J | | |
| 31.  FTEXX Mutual Fund | | | | | Sold Part | 9/26 | J | A | |
| 32.  FTEXX Mutual Fund | | | | | Bought | 11/13 | J | | |
| 33.  FTEXX Mutual Fund | | | | | Bought | 11/18 | J | | |
| 34.  FTEXX Mutual Fund | | | | | Sold Part | 11/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FTEXX Mutual Fund | | | | | Bought | 11/23 | J | | |
| 36. FTEXX Mutual Fund | | | | | Bought | 12/22 | J | | |
| 37. FGRXX Mutual Fund | A | Dividend | J | T | Sold Part | 3/20 | J | A | |
| 38. FGRXX Mutual Fund | | | | | Sold Part | 3/29 | J | A | |
| 39. FGRXX Mutual Fund | | | | | Bought | 9/26 | J | | |
| 40. FGRXX Mutual Fund | | | | | Sold Part | 10/9 | J | A | |
| 41. FGRXX Mutual Fund | | | | | Bought | 11/16 | J | | |
| 42. FGRXX Mutual Fund | | | | | Bought | 12/18 | J | | |
| 43. VWITX Mutual Fund | A | Dividend | | | Sold | 11/13 | J | A | |
| 44. VMMXX Mutual Fund | A | Dividend | K | T | Sold Part | 5/7 | J | A | |
| 45. VMMXX Mutual Fund | | | | | Sold Part | 6/1 | J | A | |
| 46. VMMXX Mutual Fund | | | | | Sold Part | 8/29 | J | A | |
| 47. VMMXX Mutual Fund | | | | | Bought | 10/16 | J | | |
| 48. Prosperity Bank (CD) | C | Interest | L | T | | | | | |
| 49. Prosperity Bank (Checking) | A | Interest | J | T | | | | | |
| 50. Wells Fargo Bank (Checking) | | None | J | T | | | | | |
| 51. Wells Fargo Bank (Checking) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L | 04/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Wells Fargo Bank (Savings) | D | Interest | M | T | | | | | |
| 53. Calamos Growth & Income - A (Mutual Fund) | B | Dividend | L | T | | | | | |
| 54. Capital World Growth & Income (Mutual Fund) | A | Dividend | L | T | Bought | 1/19 | J | | |
| 55. William Blair Small Cap Growth Fund (Mutual Fund) | | None | | | Sold | 1/19 | J | A | |
| 56. IShares TR S&P Small Cap 600 Index (Mutual Fund) | A | Dividend | K | T | | | | | |
| 57. Thornberg Global Opportunites Class A (Mutual Fund) | A | Dividend | K | T | Bought | 2/7 | K | | |
| 58. Thornberg Investment Inc. Builder A (Mutual Fund) | C | Dividend | L | T | Bought | 1/19 | J | | |
| 59. FPA Capital (Mutual Fund) | A | Dividend | L | T | | | | | |
| 60. DWS Dreman High Return Equity Fund Class A (Mutual Fund) | A | Dividend | L | T | | | | | |
| 61. Tamarack Investment Funds Prime Money Market (Mutual Fund) | B | Dividend | K | T | | | | | |
| 62. Brownwood TX ISD GO Bond (Tax Exempt Bond) | B | Interest | K | T | | | | | |
| 63. Fed. Treas. Ob. Inst. Fund #68 (Mutual Fund) | A | Dividend | J | T | | | | | |
| 64. Federal Home Loan Mortgage Corp. (Note)-See Note | B | Interest | K | T | | | | | |
| 65. Federated Home Loan Bank (Note) | A | Interest | | | Sold | 10/15 | K | A | |
| 66. Federal Home Loan Mortgage Corp. (Note) | A | Interest | K | T | Bought | 10/25 | K | | |
| 67. Denton, Texas ISD-PSF (Tax Exempt Bond) | A | Interest | J | T | | | | | |
| 68. Introgen Theraputics Inc. | | None | J | T | Bought | 2/7 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L | 04/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  Lynas Corp. Ltd. | | None | J | T | Bought | 7/19 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Part VII, Item 11. Rogers Communications Inc. Class B Common Stock was identified in earlier reports as RG Common Stock.

2. Part VII, Item 64. Federal Home Loan Mortgage Corp. (Note) was identified in an earlier report as U.S. Treasury Note.

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L | 04/15/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544